

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 04-554 |
| OCHSNER CLINIC FOUNDATION | SECTION "R"(1) |

### ORDER TRANSFERRING CASE DUE TO COLLATERAL PROCEEDING

It has been brought to the Court's attention that the above captioned matter is related to Civil Action No. 03-1477, *John Solis, II, et al. v. United States of America, et al.*, previously allotted to Section "S"(4) of this Court.

Accordingly,

IT IS ORDERED that this matter is hereby transferred to Section "S"(4) for further proceedings.

New Orleans, Louisiana, this 5th day of March, 2004.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

MAR 8 2004

TRANSFERRED TO
SECT. S MAG. 4

DATE OF ENTRY
MAR 0 8 2004

___ Fee_____
___ Process_____
_X_ Dktd _Caa___
_✓_ CtRmDep____
___ Doc. No. _3_